# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TERRY DAVIS                                                     PLAINTIFF

v.                              4:21-cv-00838-JM

KILOLO KIJAKAZI,
Acting Commissioner
Social Security Administration                      DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After carefully considering the objections and making a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

SO ORDERED this 12th day of April, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE