IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERRY DAVIS                                                                                       PLAINTIFF

v.                                          4:21-cv-00838-JM

KILOLO KIJAKAZI,
Acting Commissioner
Social Security Administration                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

SO ORDERED this 12th day of April, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE